**KAREN STOLZBERG**, OSB #83092
kstolzberg@usa.net
PO Box 19699
Portland, Oregon 97280
Telephone:  (503) 251-0707
Fax:  (844) 895-7503
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JOIE R. DILLARD**<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>**COMMISSIONER,**<br>Social Security Administration,<br><br>　　　　Defendant. | Civil No.: 3:19-cv-00218-HZ<br><br>**ORDER REGARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |

　　Based upon a review of the file herein, and noting the stipulation of the parties, it is hereby ORDERED that the plaintiff, Joie R. Dillard , on behalf of her attorney, Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 et. seq., in the amount of $6602.36.

　　The parties agree that if it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Karen Stolzberg, and mailed to her office at PO Box 19699; Portland, OR 97280.

　　DATED　September 20, 2021

　　　　　　　　　　　　　　　　　　　　　／s／ Marco Hernandez
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:
KAREN STOLZBERG
Attorney for Plaintiff

ORDER RE:  EAJA FEES
PAGE 1